

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Connie Brenners, Appellant

No. 06-20-00044-CV     v.

Timothy Ray Green, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 20C0021-202). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Connie Brenners, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 11, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk